UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

DUNKIN' DONUTS FRANCHISED RESTAURANTS,
LLC, et al.,

                   Plaintiff,     PROTECTIVE ORDER

    - against -             CV 2007-4027 (ENV)(MDG)

GRAND CENTRAL DONUTS, et al.,

                 Defendant.

- - - - - - - - - - - - - - - - - -X

    This Court having reviewed the "Stipulated Confidentiality Agreement and Protective Order" signed by the parties and filed on December 17, 2007 (ct. doc. 19) and finding good cause for a protective order, the terms of the stipulation are approved and incorporated herein, as modified by the following:

    1. The parties must use best efforts to minimize the need to file documents under seal.

    2. Prior to filing any document or other material containing "cnfidential information," each party must determine whether the material that is the basis for designation as confidential information is relevant to the issue addressed in a filing or whether a stipulation of certain facts may eliminate the need for sealing a document containing Confidential information. If the confidential material are not relevant to the filing, a document should be filed with such material redacted.

3. Any document to be filed under seal must be submitted in accordance with procedures established by the Clerk's Office. If a submission is lengthy but the confidential information comprise a small portion of the submission, only the pages, sections or exhibit containing confidential information should be filed under seal and the remainder of the submission filed unsealed. If an entire document is filed under seal, the party submitting the document must file via electronic case filing a notice of such submission being filed under seal. Any sealing envelope should clearly describe the document to be sealed and identify the document number on the docket sheet corresponding to such sealed document. Each envelope submitted for sealing may contain only one document or portions of one filing (such as redacted pages from multiple exhibits annexed to a document filed).

4. A party submitting a document for filing under seal shall provide the Court with a complete un-redacted copy of the submission. The first page of the submission must indicate what portions have been redacted and filed under sealed and the top of every page or section containing confidential information shall bear the notation "This page filed under seal."

5. Any confidential information which is publicly disclosed by the designating party shall, upon disclosure, automatically cease to be confidential or highly confidential information entitled to protection by this Order. Such public disclosure includes any filing with any governmental agency or

department of any document containing confidential information which is subject to access by the public.

**SO ORDERED.**

Dated:   Brooklyn, New York
         December 26, 2007

                                        /s/_____
                                        MARILYN D. GO
                                        UNITED STATES MAGISTRATE JUDGE